# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 26 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>Jessie Douglas PALMA,<br>             Defendant. | Case No.: 20MJ1203<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 25, 2020, within the Southern District of California, defendant, Jessie Douglas PALMA did knowingly and intentionally import 500 grams and more, to wit: approximately 15.96 kilograms (35.19 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Vincenzo Zoni
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF MARCH 2020.

_____
HON. BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On March 25, 2020 at approximately 8:29 PM Jessie Douglas PALMA ("PALMA") presented himself for admission into the United States at the San Ysidro, California Port of Entry in vehicle lane 20. PALMA was the driver and sole occupant of a tan Chevrolet S10 ("the vehicle") bearing California plates.

A Customs and Border Protection Officer (CBPO) encountered PALMA as he presented a California ID card with the name Jose Manuel SANDOVAL. The CBPO observed that PALMA did not look like the person pictured on the ID card. The CBPO began inspecting the vehicle and noticed that PALMA was extremely stiff and would not maintain eye contact. The CBPO asked PALMA, twice, if he had anything to declare and both times PALMA said, "No". The CBPO asked PALMA about his destination in the United States and PALMA said, he was going to Compton. The CBPO checked the back seat of the vehicle and noticed the seat was hard and had no cushion to it. The CBPO then walked PALMA and the vehicle to secondary for further inspection.

The CBPO requested the assistance of a Canine Handler his Human Detection Narcotics Detector Dog (HD/NDD) ("K-9") to screen PALMA and the vehicle. During the screening, the K-9 alerted to a trained odor emanating from the rear bench seat of the vehicle. A CBPO handcuffed PALMA and escorted him

to the security office, and the vehicle was sent to the Z-Portal for a non-intrusive inspection.

A CBPO performed a non-intrusive inspection of the vehicle and noticed anomalies in the dashboard and rear passenger seat area of the vehicle. The CBPO notified the secondary officer of the findings.

A CBPO in the secondary inspection lot performed a 7-Point inspection on the vehicle and discovered a total of thirty-three (33) packages, weighing approximately 15.96 kilograms (35.19 pounds), which contained a substance that tested positive for the properties of methamphetamine. Ten (10) packages were discovered in the dashboard and twenty-three (23) packages were discovered inside the rear seat. 15.7 grams of marijuana was also found on PALMA's person.

PALMA was charged with violations of Title 21, United States Code, §§ 952 and 960 - importation of Controlled Substance. PALMA was booked into the Metropolitan Correctional Center (MCC) in San Diego, California pending judicial proceedings.